Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
JUN 13 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Bryan A. Marchante          Docket No. CIT4291505

1:14-mj-302

### Petition on Probation

COMES NOW Eva M. Wall, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bryan A. Marchante, who was placed on supervision by the Honorable Theresa Carroll Buchanan, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 1st day of April, 2014, who fixed the period of supervision at six (6) months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: 1) the defendant shall complete twenty (20) hours of community service, within six months, at the direction of the probation officer; and 2) the defendant shall pay a $100.00 fine and a $25.00 processing fee, to be paid within thirty (30) days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** 7-22-14 @ 10:00 am

### ORDER OF COURT

Considered and ordered this 13th day of June, 2014 and ordered filed and made a part of the records in the above case.
/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-5-14

Eva Wall

Eva M. Wall
U.S. Probation Officer
703-299-2363

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Marchante, Bryan A.**

OFFENSE: Speeding 83/45

SENTENCE: Six (6) months supervised probation with the following special conditions: **1)** the defendant shall complete twenty (20) hours of community service, within six months, at the direction of the probation officer; and **2)** the defendant shall pay a $100.00 fine and a $25.00 processing fee, to be paid within thirty (30) days.

ADJUSTMENT TO SUPERVISION: Mr. Marchante has not had a good adjustment to probation supervision. Although he paid the fine and fees in full, he has received two separate tickets from the police regarding behavior while driving a motor vehicle within the first two months of being placed on probation (related to a driving incident).

On April 2, 2014, Mr. Marchante was charged with Fail to maintain Control by Fairfax County Police. A No Court Action Recommended violation report was submitted to Your Honor on April 25, 2014. Your Honor approved this action on April 25, 2014.

On May 27, 2014, Mr. Marchante was charged in Fairfax County for Fail to Stop/Yield Entering a Highway.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:      COMMISSION OF A CRIME – FAIL TO STOP/YIELD ENTERING A HIGHWAY.**

On May 27, 2014, Mr. Marchante was charged with Fail to Stop/Yield Entering a Highway (Case No.: GT14108826-00). This matter is scheduled to be heard before the Fairfax County General District Court on August 19, 2014.

EMW/mbp